**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **DARRYL MOODY** | : | **NO. 15-191** |

## ORDER

**NOW**, this 5th day of January, 2022, upon consideration of the defendant's *pro se* Motion for Sentence Reduction (ECF No. 52), the government's response (ECF No. 54), the defendant's *pro se* Letter Request for Halfway House Placement (ECF No. 50) and the defendant's *pro se* Request for Compassionate Release Motion to be Granted (ECF No. 57), it is **ORDERED** that the motions are **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.